# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

**UNITED STATES OF AMERICA**

V.

**Nathan Johnson**
**Bryan Blake**
**Kyle Strong**

*(Name of Defendant)*

CRIMINAL COMPLAINT

CASE NUMBER  05-4268M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about October 4, 2005, in the District of Arizona, within the confines of the Navajo Indian Reservation, Indian Country, the defendants **Nathan Johnson**, **Bryan Blake** and **Kyle Strong**, adult Indian males, did assault Ben Curtis Claw, an adult Indian male, resulting in serious bodily injury, in violation of Title 18, United States Code, Sections 1153, 113(a)(6) and 2(a).

I further state that I am a Special Agent with the Federal Bureau of Investigation and that this complaint is based on the following facts:

**See attached affidavit incorporated by reference herein:**

Continued on the attached sheet and made a part hereof: ☒ Yes ☐ No

AUTHORIZED BY:  AUSA Camille D. Bibles

Andrew J. Karceski, Special Agent
Federal Bureau of Investigation
Name of Complainant

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

October 11, 2005                                   at

Mark E. Aspey, United States Magistrate Judge
Name and Title of Judicial Officer

Flagstaff, Arizona
City and State

_____
Signature of Judicial Officer

UNITED STATES MAGISTRATE COURT
FLAGSTAFF, ARIZONA

AFFIDAVIT

The undersigned, being duly sworn, deposes and says:

1. Your affiant, Andrew J. Karceski, is a Special Agent (SA) of the Federal Bureau of Investigation (FBI), and is currently assigned to the Flagstaff, Arizona Resident Agency of the Phoenix, Arizona FBI Field Division. In the course of his official duties, your affiant is charged with the investigation of crimes occurring on the Navajo Indian Reservation within the District of Arizona. In this regard, the following information was developed by your affiant and/or was provided to your affiant by Navajo Nation Division of Public Safety (NDPS), Kayenta City Criminal Investigations, Criminal Investigator (CI) Reeder Nez in connection with the joint FBI-NDCI investigation of the assault of Ben Curtis Claw, a Navajo Indian male, occurring on October 4, 2005 near CowSprings, Arizona, a location within the exterior boundaries of the Navajo Indian Reservation in the District of Arizona.

2. On October 5, 2005, CI Nez contacted your affiant to relate that Ben Claw had been assaulted near Cowspring Lake, Cowsprings, Arizona, by Kyle Strong, Nathan Johnson, and Bryan Blake, all of who are Navajo Indian males. CI Nez further related that, as a result of the assault, Ben Claw was transported to Tuba City Hospital and later flown to St. Joseph Hospital in Phoenix, Arizona. Claw received numerous staples and stitches to close all of the lacerations to his face. It was initially unknown if Claw had lost his eyeball in the attack, however a CAT scan showed the eyeball was still intact inside Claw's head. Your affiant went to the St. Joseph's Hospital Intensive Care Unit and spoke with Dr. Sue. Dr. Sue stated that Claw was given a trachcotomy and also had a feeding tube inserted. Claw was heavily sedated, and Dr. Sue stated that almost every bone in Claw's face had been "pulverized."

On October 8, 2005 Claw underwent extensive facial surgery where his jaw was wired shut and his orbital's repaired. At this time it was discovered Claw was suffering from a brain bleed and the status of his vision is unknown. When tested, Claw's left pupil is fixed and his

right has a limited response. Any long-term prognosis is unknown at this time, and he is going to require multiple major reconstructive surgeries. Your affiant spoke with the Trauma ICU nurse who stated this was the worst case she has ever seen since being employed at the ICU.

3. On October 5, 2005, Kayenta Police Officer Otis Nelson interviewed Devonnie Yazzie. Yazzie stated that the previous evening she was with Ben Claw, Nathan Johnson, Kyle Strong and Bryan Blake. All five subjects were driving in Claw's truck and drinking. Claw stopped the truck near Cowsprings Lake in order for everyone to go to the bathroom. Yazzie stated she was going to the bathroom in bushes when she heard some noises near the truck. When she returned to the truck she observed Nathan Johnson sitting on top of Claw. She saw Nathan Johnson hitting Claw in the face with a metal bar. She then observed Bryan Blake take several steps back and run towards Claw, kicking him in the face. Yazzie ran over to Claw and lay on top of him to protect him form being hit. In doing this Yazzie was struck on the head and kicked several times. The three subjects finally fled the area on foot. Yazzie dragged Claw into his truck and drove him to his sister's house, where the police and ambulance were called.

4. On October 6, 2005, Bryan Blake and Nathan Johnson were interviewed at the Tuba City Criminal Investigations Office. Bryan Blake informed your affiant that when Claw stopped near Cowsprings Lake, he began talking with Devonnie Yazzie. He heard a couple people wrestling on the other side of the truck and ran around to that side. Blake observed Kyle Strong on top of Ben Claw striking him in the face with his fists. Blake stated he picked up a full 40 ounce bottle of beer and threw it at Claw's face from approximately four feet away. Blake stated the bottle shattered when it struck Claw in the facial area, knocking him to the ground. Kyle Strong then got on top of Claw and continued to punch him in the face. Blake then kicked Clay twice in the head.

Nathan Johnson informed your affiant that when they stopped at Cowsprings Lake, Kyle Strong struck Claw in the fact with his fists. He then observed Bryan Blake kick Claw 2 to 3 times in the head area. Johnson also observed someone throw a beer bottle at Claw, but was unsure who it was. At first Johnson stated he never hit Claw, but later stated he struck Claw with the metal bar after Claw struck him first. Johnson stated the entire incident started because Claw

was trying to rob him, Bryan Blake and Kyle Strong. Johnson later stated that he only heard that sometime earlier in the day.

5. On October 10, 2005, Kyle Strong was interviewed at the Tuba City Criminal Investigations office. Strong stated that Nathan Johnson, Bryan Blake, and himself attacked Ben Claw in retaliation for Claw pulling out a pipe on them earlier in the day. Strong stated Blake kicked Claw over while Claw was going to the bathroom. Strong then started fighting Claw by punching him in the face with his fists. Blake then struck Claw in the head with a 40-ounce beer bottle, knocking Claw out. Strong then got on top of Claw and punched him in the face approximately four times. Strong stated, "I broke his face, I could feel his bones break," as he was using all his power to punch Claw. Blake then kicked Claw in the face 3 to 4 times. Strong observed Blake then standing and stomping on Claw's face. Strong also observed Blake take a metal bar and strike Claw in the face four times, as Claw lie unconscious. All three subjects then fled the area.

6. The events described in paragraphs 2 through 5, infra, occurred on the Navajo Indian Reservation in Indian Country in the District of Arizona.

7. Based upon the aforementioned information, your affiant believes that a violation of federal law has occurred, to wit: Crime on an Indian Reservation -Assault resulting in serious bodily injury, in violation of Title 18, United States Code, 1153 and 113(a)(6), & Aiding and Abetting, in Violation of Title 18, United States Code, Section 2(a)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Andrew J. Karceski
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me this 11th day of October, 2005.

Mark E. Aspey
United States Magistrate Judge
Flagstaff, Arizona