

**U.S. Department of Justice**

United States Attorney
District of Arizona

| | |
|---|---|
| Flagstaff Branch | Phone: (928) 556-0833 |
| 123 North San Francisco Street, Suite 410 | FAX: (928) 556-0759 |
| Flagstaff, Arizona 86001 | |

October 13, 2005

Honorable Mark E. Aspey
United State Magistrate Judge
123 N. San Francisco Street, Suite 200
Flagstaff, Arizona 86001

  Re: ***United States v. Bryan Blake***
    ***(Mag. No.*** 05-4268M *)*

Dear Magistrate Judge Aspey:

  This case has been or may be assigned to you.  We have carefully reviewed all the available records in the office, including the computer data, and determined that (choose and mark the appropriate category):

☐ CONFLICT EXISTS.

  ☐ (a) The case or matter was in the Flagstaff office or the defendant was in a different case or matter in the Flagstaff office during the period October 1, 2000 through December 18, 2004.

  ☐ (b) The case or matter was in the Phoenix office during the period June 1, 1980 through September 30, 2000.  My review of the records indicates you had some involvement with the case or matter.

☒ CONFLICT DOES NOT EXIST.

        Sincerely yours,

        PAUL K. CHARLTON
        United States Attorney
        District of Arizona

        Camille D. Bibles
        Assistant United States Attorney