**UNITED STATES DISTRICT COURT**                    **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - Flagstaff**

DATE: 10/13/2005          CASE NUMBER:   05-4268M-2

USA vs. Bryan Blake

U.S. MAGISTRATE JUDGE:  MARK E. ASPEY  #: 70BP

A.U.S. Attorney  Camille Bibles                    INTERPRETER
                                                   LANGUAGE
Attorney for Defendant Mikkel Jordahl (Appointed for Flagstaff proceedings only)
MATERIAL WITNESS(es):
MATERIAL WITNESS(es) state true name(s) to be:
Attorney for Material Witness

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA: 10-13-05              ☒  Initial Appearance          ☐  Appointment of counsel hearing held
☒ Financial Afdvt taken   ☐  No Financial Afdvt taken    ☐  Financial Afdvt sealed
☐ Rule 5 (c)(3)           ☐  Defendant states true name to be__. Further proceedings  ORDERED in
                             Defendant's true name.

| **DETENTION HEARING:** | **REMOVAL HEARING/ID:** |
|---|---|
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset | ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset |
| Set for:     10-19-05 AT 10:00 AM | ☐ Waived |
| Before:     MAGISTRATE JUDGE ASPEY | Set for: |
| ☒ Defendant ordered temporarily detained in the custody of the United States Marshal | Before: |
| ☐ Defendant ordered released | ☐  Warrant of removal issued. |
| ☐ Defendant continued detained pending trial | ☐  Defendant ordered released |
| ☐ Flight risk  ☐ Danger | |
| **PRELIMINARY HEARING:** | **STATUS HEARING RE:** |
| ☐ Held  ☐ Con't  ☐ Submitted  ☐ Reset | ☐ Held  ☐ Con't  ☐ Reset |
| ☐ Waived | |
| Set for:     10-19-05 AT 10:00 AM | Set for: |
| Before:     MAGISTRATE JUDGE ASPEY | Before: |
| ☐ Probable cause found     ☐ Dismissed | |
| ☐ Held to answer before District Court | |

Other: Based upon the financial affidavit court orders defendant be appointed counsel for all further proceedings. Defense counsel not available on October 18, 2005 for DH/PH.  Defense counsel waives time.

The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 __ will commence on October 18, 2005  thru October 19, 2005  for a total of 1  day.

RECORDED: Cass. Courtsmart
BY:  Christina S. Hurley
Deputy Clerk