IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| United States of America, | No.    05-4268M-2 |
| Plaintiff, | |
| v. | **ORDER APPOINTING COUNSEL** |
| BRYAN BLAKE, | |
| Defendant. | |

The Defendant has, under oath, sworn or affirmed as to his/her financial inability to employ counsel, for the offense of: <u>18: 1153, 113 (a)(6) and 2(a)</u> ,

IT IS HEREBY ORDERED, pursuant to the Criminal Justice Act, by:

( ____ )        United States District Judge _____

( X )        United States Magistrate Judge _____ Mark E. Aspey _____

APPOINTING AN ATTORNEY TO REPRESENT THE DEFENDANT .

CASE ASSIGNED TO:    Mikkel Jordahl _____

DATED this 13th day of October, 2005.


_____
Mark E. Aspey
United States Magistrate Judge