# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

BRYAN BLAKE

Defendant

CASE NUMBER: 05-4268M-2

Upon motion of the ____Government____ , it is ORDERED that a preliminary hearing and

detention hearing is set for ____Wednesday, October 19, 2005____ at ____10:00 am____
                                              Date                                                Time

before ____the Honorable Mark E. Aspey, United States Magistrate Judge____
                                      Name of Judicial Officer

____United States District Court, 123 N. San Francisco, Flagstaff, Arizona____
                                      Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States marshal) (____

____) and produced for the hearing.
                Other Custodial Official

        DATED this 13th day of October, 2005.


_____
                Mark E. Aspey
        United States Magistrate Judge

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five
days upon motion of the defendant .  18 U.S.C.§3142(f) (2).
        A hearing is required whenever the conditions set forth in 18 U.S.C.§3142(f) are present.  Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.