**UNITED STATES DISTRICT COURT**                                                                **MAGISTRATE JUDGE'S MINUTES**
**DISTRICT OF ARIZONA - Flagstaff**
DATE: 10/19/2005          CASE NUMBER:  05-4268M-2


USA vs.  Bryan Blake


U.S. MAGISTRATE JUDGE: MARK E. ASPEY  #: 70BP


A.U.S. Attorney   Joseph Lodge                              INTERPRETER
                                                            LANGUAGE
Attorney for Defendant Mikkel Jordahl (Appointed for Flagstaff proceedings only)
MATERIAL WITNESS(es):
MATERIAL WITNESS(es) state true name(s) to be:
Attorney for Material Witness

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA_____                  ☐ Initial Appearance          ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☐ No Financial Afdvt taken    ☐ Financial Afdvt sealed
☐ Rule 5 (c)(3)           ☐ Defendant states true name to be ___. Further proceedings  ORDERED
                            in Defendant's true name.

| DETENTION HEARING: | REMOVAL HEARING/ID: |
|---|---|
| ☒ Held ☐ Con't ☐ Submitted ☐ Reset | ☐ Held ☐ Con't ☐ Submitted ☐ Reset |
| Set for: | ☐ Waived |
| Before: | Set for: |
| ☐ Defendant ordered temporarily detained in the custody of the United States Marshal | Before: |
| ☐ Defendant ordered released_____ | ☐ Warrant of removal issued. |
| ☒ Defendant continued detained pending trial | ☐ Defendant ordered released _____ |
| ☒ Flight risk ☒ Danger | |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re:_____ |
| ☒ Held ☐ Con't ☐ Submitted ☐ Reset | ☐ Held ☐ Con't ☐ Reset |
| ☐ Waived | |
| Set for: | Set for: |
| Before: | Before: |
| ☒ Probable cause found  ☐ Dismissed | |
| ☒ Held to answer before District Court | |

Other:  Government witness, Reader Nez-Criminal Investigator, sworn in and testified in regards to the preliminary hearing.  Government exhibits one and two are admitted.  Defense counsel makes a Rule 26.2 request.  Appointment of counsel scheduled for Tuesday, October 25, 2005 at 11:00 am before Magistrate Judge Voss.


The Court specifically finds that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  IT IS FURTHER ORDERED that excludable delay under Title 18 USC Section 3161 __ will commence on___ thru___ for a total of __ days.


                                         RECORDED: Cass. Courtsmart
                                         BY:  Christina S. Hurley
                                         Deputy Clerk