AO 435
(Rev. 1/90)

Administrative Office of the United States Courts

**TRANSCRIPT ORDER**

**FOR COURT USE ONLY**

**DUE DATE:**

*Read Instructions on Back:*

| 1. NAME | | 2. PHONE NUMBER | 3. DATE |
|---|---|---|---|
| Craig Orent, Assistant Federal Public Defender | | 602-382-2737 | October 25, 2005 |

| 4. MAILING ADDRESS | | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|---|
| 850 W. Adams Street, Suite 201 | | Phoenix | AZ | 85007 |

| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | | |
|---|---|---|---|---|
| 05-4268-M | Mag. Edward Voss | 10. FROM   10-19-05 | 11. TO | |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | | |
|---|---|---|---|
| USA v. Bryan Blake (co-defendant Kyle Strong) | 13. CITY   Phoenix | 14. STATE   AZ | |

**15. ORDER FOR**

X APPEAL        X CRIMINAL        ☐ CRIMINAL JUSTICE ACT        ☐ BANKRUPTCY

X NON-APPEAL    ☐ CIVIL           ☐ IN FORMA PAUPERIS           ☐ OTHER *(Specify)*

**16. TRANSCRIPT REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | X OTHER (Specify) | |
| ☐ SENTENCING | | DH/PH Hearing | 10-19-05 |
| ☐ BAIL HEARING | | | |

**17. ORDER**

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | x | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | ☐ | ☐ | NO. OF COPIES | | |

| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | ESTIMATE TOTAL |
|---|---|
| 18. SIGNATURE | PROCESSED BY |
| 19. DATE   10/26/05 | PHONE NUMBER |

| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |
|---|---|

| | DATE | BY | |
|---|---|---|---|
| ORDER RECEIVED | | | |
| DEPOSIT PAID | | | DEPOSIT PAID |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE |

(Previous editions of this form may still be used)

**DISTRIBUTION:**     COURT COPY     TRANSCRIPTION COPY     ORDER RECEIPT     ORDER COPY