**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA - Phoenix**

**MAGISTRATE JUDGE'S MINUTES**

DATE: __10/25/2005__          CASE NUMBER: __05-04268M-002__

USA vs. __Bryan Blake__

U.S. MAGISTRATE JUDGE: __EDWARD C. VOSS__ #: __70BO__

A.U.S. Attorney __Michelle Hamilton-Burns for Camilla Bibles__ INTERPRETER_____
                                                LANGUAGE_____

Attorney for Defendant __Philip Seplow (appointed)__
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA____                        ☐ Initial Appearance          ☒ Appointment of counsel hearing held
☐ Financial Afdvt taken        ☐ Defendant Sworn             ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)                 ☐ Defendant states true name to be ___. Further proceedings ORDERED
                                 in Defendant's true name.

| **DETENTION HEARING:** | **IDENTITY HEARING:** |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>   ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: _____ |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found    ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: _____

Recorded by Courtsmart
BY:  Phylis Durbin
Deputy Clerk