# UNITED STATES DISTRICT COURT

### District of Arizona

___ FILED    ___ LODGED
___ RECEIVED    ___ COPY

FEB 1 4 2006

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

United States of America

V.

**WARRANT FOR ARREST**

**Bryan Blake**

CASE NUMBER: 05 -4268M-2

To:  The United States Marshal
     and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Bryan Blake_____
                                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment    ☐ Information    X Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Assault resulting in serious bodily injury

in violation of Title ___18___ United States Code, Section(s) _1153, 113(a)(6), and 2(a)_

_Honorable Mark E. Aspey_                    _United States Magistrate Judge_
Name of Issuing Officer                      Title of Issuing Officer

_____                _October 11, 2005, Flagstaff, Arizona_
Signature of Issuing Officer                 Date and Location

_____
(By) Deputy Clerk

Bail fixed at $ _Held for I/A_              by _____
                                              Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at:

Kayenta, Az

| DATE RECEIVED<br>10-11-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST<br>10-13-05 | NDLE Kayenta | by Don |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____    WEIGHT: _____

SEX: _____    RACE: _____

HAIR: _____    EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

_____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____